IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CURTIS RAY WOLF, | § | |
| (TDCJ-CID #783386) | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-05-1231 |
| | § | |
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
|     Defendants. | § | |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is DISMISSED for lack of jurisdiction.

SIGNED on April 25, 2005, at Houston, Texas.

                                                                  _____
                                                                      Lee H. Rosenthal
                                                     United States District Judge